**Order filed August 7, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00394-CV
_____

### IN THE ESTATE OF ROSE FARHA NUNU, DECEASED, Appellant

**On Appeal from the Probate Court No 1**
**Harris County, Texas**
**Trial Court Cause No. 416781**

## O R D E R

The clerk's record was filed May 25, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Second Amended Application to Enforce Forfeiture Provision of Will and for Removal of Nancy Nunu Risk, Independent Executrix, filed September 28, 2015.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 17, 2017, containing the Second Amended Application to Enforce Forfeiture Provision of Will and for Removal of Nancy Nunu Risk, Independent Executrix, filed September 28, 2015.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM